**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| ERIE INSURANCE EXCHANGE | : | No. 180 MAL 2022 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| KEITH R WILTON; JOHN P. BRANDT, | : | |
| O.D., KAREN BRANDT, MASTER FORCE | : | |
| CONSTRUCTION CORP., ROBERT | : | |
| DEHARDER, WE DO METAL | : | |
| ROOFS.COM, WE DO METAL ROOFS, | : | |
| AND FOX HOME IMPROVEMENT | : | |
| NETWORK CORP. | : | |
| | : | |
| | : | |
| PETITION OF: JOHN P. BRANDT, O.D., | : | |
| KAREN BRANDT | | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.